Sarah Overocker, as Administratrix, etc., Respondent, v. Boston and Maine Railroad, Appellant.— Judgment and order unanimously affirmed, with costs.

Dennis Pawolowski, Respondent, v. The City of Schenectady and Others, Defendants. George R. Lunn, Appellant.— Final order affirmed, with costs. All concurred, except Howard, J., dissenting.

The People of the State of New York ex rel. Arnold H. Ellis, Appellant, v. E. Lyman Smith and Others, Assessors of the Town of Willsboro, Essex County, New York, Respondents.— Final order and judgment unanimously affirmed, with costs.

The People of the State of New York ex rel. Spencer J. Stewart, Appellant, v. John N. Carlisle, as Commissioner of Highways of the State of New York, Respondent.— Order unanimously affirmed, with costs.

Godfrey Passino, Appellant, v. Michael Tamer, Respondent.— Judgment affirmed, with costs. All concurred.

The People of the State of New York ex rel. James S. Calkins, Respondent, v. The Board of Supervisors of the County of Albany, as the Board of Canvassers of the County of Albany, and T. Francis Kennedy, Appellants.— Motions in two cases granted, with ten dollars costs in one case.

Charles B. Pender, Appellant, v. The City of Binghamton, Respondent.— Motion denied.

The People of the State of New York, Respondent, v. Harry La Prairie and Others, Appellants.— Motion granted.

William T. Rogers, Appellant, v. Albert V. Bensen, Respondent.— Judgment and order unanimously affirmed, with costs.

Mary Shannon, Respondent, v. De Forest Van Liew, Appellant.— Judgment affirmed, with costs. All concurred, except Howard, J., dissenting.

Lena M. Sears, Respondent, v. Elmer W. Kelley, Appellant.— Judgment modified by deducting from the damages eighty-eight dollars, the value of the boxes, and as so modified unanimously affirmed, without costs.

Mary A. Tyndall, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Fanny L. Whiting, Respondent, v. Gordon Whiting, Appellant.— Interlocutory judgment unanimously affirmed, with costs.

Benjamin A. Whisler and Robert F. McKinney, Respondents, v. Henry G. Cole, Appellant.— Judgment unanimously affirmed, with costs, on

opinion of Van Kirk, J., at Special Term. (Reported in 81 Misc. Rep. 519.)